UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| In Re: | ) | Case No. 14-81592 |
| | ) | |
| SANITARY AND IMPROVEMENT DISTRICT # 521 OF DOUGLAS COUNTY, NEBRASKA, | ) ) ) | REPORT ON BALLOTS |
| | ) | |
| Debtor. | ) | |

The following acceptances and rejections have been filed:

| | | | |
|---|---|---|---|
| Total Amount | $10,354,938.00 | Total Number of creditors | 76 |
| Accepts | $6,944,001.33 | | 50 |
| Rejects | $0.00 | | 0 |
| Unreturned | $3,410,936.67 | | 26 |

Approval Percentage by Number   65.79%   By Dollar Amount   67.06%

The Debtor, by counsel, submits that pursuant to the foregoing, sufficient acceptances have been received to confirm the Plan filed of even date herewith.  Each Ballot, whether physical, electronic or facsimile, submitted is on file with counsel for the Debtor.

Dated this 21st day of August, 2014.

**SANITARY AND IMPROVEMENT DISTRICT #521 OF DOUGLAS COUNTY, NEBRASKA**, Debtor

By: /s/ Mark J. LaPuzza_____
Mark J. LaPuzza, #22677
Pansing Hogan Ernst & Bachman, LLP
10250 Regency Circle, Suite 300
Omaha, Nebraska 68114
(402) 397-5500
Fax: (402) 397-4853
Email: mjlbr@pheblaw.com